UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RESHAM SINGH,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN OF THE DESERT VIEW FACILITY, ET AL.,<br><br>               Respondents. | Case No. 5:26-cv-02940-FWS-AJR<br><br>**ORDER ACCEPTING IN PART AND MODIFYING IN PART FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein.

"A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3) (stating "[t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to," and "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the

magistrate judge with instructions").  Proper objections require "specific written objections to the proposed findings and recommendations" of the magistrate judge. Fed. R. Civ. P. 72(b)(2).  "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").  Where no objection has been made, arguments challenging a finding are deemed waived.  *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.").  Moreover, "[o]bjections to a R&R are not a vehicle to relitigate the same arguments carefully considered and rejected by the Magistrate Judge."  *Chith v. Haynes*, 2021 WL 4744596, at *1 (W.D. Wash. Oct. 12, 2021).

Having reviewed the Report and Recommendation and the record, the court accepts in part and modifies in part the findings, conclusions and recommendations of the Magistrate Judge.  Accordingly, based on the foregoing, **IT IS ORDERED** that the Petition for Writ of Habeas Corpus is **GRANTED** on the following terms:

(1) Respondents shall either provide Petitioner Resham Singh (A# 241-895-236) ("Petitioner") an individualized bond hearing before a neutral Immigration Judge within seven (7) days or release Petitioner if such hearing is not timely provided.

(2)  At the bond hearing referenced above in paragraph 1, the Government shall comply with the applicable law, including constitutional provisions, statutory law, and case law, with regard to the burden of proof of whether Petitioner is a flight

risk or a danger to the community and whether no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community;

(3)     Respondents shall also provide Petitioner with a copy of this Order at or near the time of release; and

(4)     Respondents shall reimburse Petitioner $5.00 in costs as the prevailing party within thirty (30) days of the entry of Judgment.

Dated:  June 18, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE