# J S - 6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RESHAM SINGH,

       Petitioner,

  v.

WARDEN OF THE DESERT VIEW FACILITY, ET AL.,

       Respondents.

Case No. 5:26-cv-02940-FWS-AJR

**JUDGMENT**

Pursuant to the Order Accepting in Part and Modifying in Part the Findings, Conclusions and Recommendations of the Magistrate Judge (the "Order"),

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted on the terms set forth in the Order, and that judgment is entered in favor of Petitioner Resham Singh (A# 241-895-236) and against Respondents. The Order constitutes final disposition of the Petition by the Court.



Dated:  June 18, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE